**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6176**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE DAVID BROWN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-93-264-V)

_____

Submitted:  March 6, 2003          Decided:  March 17, 2003

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie David Brown, Appellant Pro Se.  Robert James Conrad, Jr., United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie David Brown appeals the district court's order denying his "motion to modify term of imprisonment" pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Brown, No. CR-93-264-V (W.D.N.C. Dec. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED